1048

THE STATE OF WASHINGTON, *Respondent,* v. JOHN CURTIS PETERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 86–1–00600–0, James D. Roper, J., entered June 25, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Reed, J.

ARTIE C. REED, *Appellant,* v. MAC TOOLS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–2–04885–6, Thomas A. Swayze, Jr., J., entered May 22, 1987. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM HUXOLL, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 82–1–00147–1, Yancey Reser, J., entered September 22, 1987. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green and Shields, JJ.

RAYMOND RODGERS, *Respondent,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 86–2–50457–8, Albert J. Yencopal, J., entered September 24, 1987. *Reversed* by unpublished opinion per Shields, J., concurred in by Thompson, C.J., and Munson, J.